UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jon Shore,   Case No. 17-cv-4929 (DSD/TNL)

    Plaintiff,

v.

Diamond Tool & Abrasives, Inc., and

    Defendant/Cross Claimant,

Gulf States Abrasives Manufacturing, LLC,

    Defendant/Cross Defendant/
    Third-Party Plaintiff,

v.

DJC Holdings, LLC, and

Prospect Foundry LLC,

    Third-Party Defendants.

### ORDER ON JOINT STIPULATION FOR LEAVE TO BRING THIRD-PARTY COMPLAINT

**WHEREAS**, on July 31, 2018, the parties filed a Joint Stipulation for Leave to Bring Third-Party Complaint (ECF No. 31), stating the purpose of which is to allow Defendant/Cross Claimant Diamond Tool & Abrasives, Inc. "to bring a direct claim . . . against [recently added Third-Party Defendants] DJC Holdings, LLC, and Prospect Foundry, LLC, the owner of the employer and facility, where Plaintiff was allegedly

1

injured, who trained and supervised the Plaintiff as well as owned and maintained the equipment being used at the time Plaintiff sustained injury"; and

**WHEREAS**, on the same day, Defendant/Cross Claimant Diamond Tool & Abrasives, Inc., provided the Court with a copy of its proposed third-party complaint via e-mail;

Having reviewed the proposed third-party complaint, **IT IS HEREBY ORDERED** that the parties' Joint Stipulation for Leave to Bring Third-Party Complaint (ECF No. 31) is **GRANTED**. Defendant/Cross Claimant Diamond Tool & Abrasives, Inc., shall serve and file a third-party summons and third-party complaint in substantially the same form as was provided to the Court **within 10 days** of the date of this Order.

Date: August 1 , 2018	 *s/ Tony N. Leung*
	Tony N. Leung
	United States Magistrate Judge
	District of Minnesota

	*Shore v. Diamond Tool & Abrasives, Inc.*
	*et al.*
	Case No. 17-cv-4929 (DSD/TNL)